IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

RICKY DALE SORRELLS

NO.  3:18-CR-169-M

## GOVERNMENT'S NOTICE
## OF RESTORATION OF FORFEITURE PROCEEDS TO RESTITUTION

The United States of America gives notice that the Attorney General for the

United States of America has granted the request for restoration of $49,969.89 in net

liquidated proceeds obtained from the property administratively and/or judicially

forfeited from the defendant in and related to this case.  The United States Marshals

Service has transferred those funds to the Clerk of Court to be applied toward the

defendant's outstanding restitution balance and disbursed to the victim of the defendant's

crime.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 11987
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
T: 214-659-8600 | F: 214-659-8803
Dimitri.Rocha@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney certifies that in accordance with

Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing

(ECF), the following document:

United States' Notice of Restoration of Forfeiture Proceeds to Restitution

was served on January 31, 2022 pursuant to the district court's ECF system as to ECF
filers.

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney