**UNITED STATES DISTRICT COURT**
for
**NORTHERN DISTRICT OF TEXAS**

## Report on Person Under Supervision - Court Decision Requested

| | |
|---|---|
| Person Under Supervision: | Ricky Dale Sorrells    Case No.: 3:18CR00169-M(1) |
| Name of Sentencing Judge: | Senior U.S. District Judge Barbara M.G. Lynn (Assigned as a duty matter to the Honorable U.S. District Judge Ed Kinkeade on March 9, 2026). |
| Date of Original Sentence: | August 7, 2019 |
| Original Offense: | 18 U.S.C § 1349, Conspiracy to Commit Honest Services Wire Fraud, Class C felony |
| Original Sentence: | 84 months custody, 24- month term of supervised release |
| Revocations: | None |
| Type of Supervision: | Supervised Release    Date Supervision Commenced: August 30, 2024 |
| Assistant U.S. Attorney: | Andrew Wirmani    Defense Attorney: Cynthia Michelle Barbare (Court appointed) |

## Notification To The Court For Cause As Follows:

**I.**

The following information/request is being presented for the Court's review and decision:

Ricky Dale Sorrells submitted a request for permission to travel to Toulese, France, from May 4, 2026, to May 16, 2026, for vacation purposes. The trip will be funded by his daughter. Mr. Sorrells advised that, if approved, he will be traveling with his wife, Margaret Sorrells and his daughter Meredith Sorrells and her family.

At the time of sentencing, the Court imposed the mandatory and standard conditions of release. In addition, Mr. Sorrells was ordered to pay restitution in the amount of $125,000,000.00. To date, he has paid $1,000,790.24. Mr. Sorrells is consistently making payments toward his restitution and has maintained compliance with all of his conditions of his supervision thus far. Additionally, a recent criminal records check has revealed no new arrests or pending charges. The AUSA has no objections to the proposed travel request.

**II.**

The probation officer recommends the following action for the Court to consider:

Based on Mr. Sorrells's adherence to the conditions of supervision, it is respectfully recommended that the requested travel be approved. Mr. Sorrells will be instructed to notify the U.S. Probation Office when he departs from the district and again upon his return. In addition, he will be required to provide a full itinerary, including flight information and hotel accommodations. In accordance with policy guidelines regarding travel outside the United States, the request is referred to the Court for consideration.

Ricky Sorrells
Report on Person Under Supervision - Court Decision Requested

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on March 9, 2026
Respectfully submitted,

Approved,

*Grace Deffibaugh* (signature)
Grace Deffibaugh
U.S. Probation Technician
Dallas Division
Phone: 214-753-2510
Email: grace_deffibaugh@txnp.uscourts.gov

*Bruno D. Perez* (signature)
Bruno Perez
Supervising U.S. Probation Officer
Phone: 214-753-2537

---

**Order of the Court:**

- [x] Agrees with the recommendation of the probation officer.
- [ ] Disagrees with the recommendation of the probation officer.
- [ ] Directs the probation officer to submit a request for modifying the conditions or term of supervision.
- [ ] Directs the probation officer to submit a request for a warrant or summons.
- [ ] Other or Additional:
- [ ] File under seal until further order of the Court.

*Ed Kinkeade* (signature)
The Honorable Ed Kinkeade
U.S. District Judge

3/10/2026
Date

GD

* Attachment